# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 98-3877

_____

| | | |
|---|---|---|
| Mildred B. Hurtt, | * | |
| | * | |
| Plaintiff - Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| United States Postal Service, | * | [UNPUBLISHED] |
| | * | |
| Defendant - Appellant. | * | |

_____

Submitted: May 13, 1999
Filed: May 25, 1999

_____

Before LOKEN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Mildred Hurtt fell in the parking lot of the Sedalia, Missouri post office and was badly injured, breaking both of her wrists and one knee cap and cutting her face. Hurtt sued the United States Postal Service under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq.[1] The case was tried to the court[2] which made findings of fact and conclusions of law at the end of the evidence and awarded Hurtt $75,000. The

_____

[1]The United States of America was later substituted as the defendant.

[2]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.

United States appealed.  After carefully reviewing the record, we conclude that the district court did not err in its findings or conclusions and that further discussion is not warranted in light of the fact-specific nature of this case.  The judgment of the district court is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.